IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| Walter Craig STREETER, | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Action No.** |
| | ) | |
| v. | ) | 2:21-cv-00107-LGW-BWC |
| | ) | |
| Department of Public Safety and Trooper M. FRAZIER, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Having read and considered Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment, and for good cause shown, it is hereby **ORDERED** that the deadline for Plaintiff's response is extended to July 19, 2024. The Motion Hearing is continued until August 13, 2024.

**SO ORDERED**, this __10__ day of __June__, 2024.

_____
LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA